IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01141-MSK-MEH

CHRISTOPHER NADEAU,

      Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC., a Florida corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 22, 2007.**

      Based upon the parties' agreement, and the entire record herein, Plaintiff's Stipulated Motion for Entry of Protective Order [Filed August 21, 2007; Docket #7] is **granted**.  The Court will sign the Protective Order and enter it on the record.