IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01141-MSK-MEH

CHRISTOPHER NADEAU,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC., a Florida corporation,

    Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, **DOES HEREBY ORDER** that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

Dated this 12th day of September, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge